UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRANCE BARGNARE,

      Plaintiff,

v.                                 Case No. 3:14cv438/RV/CJK

JAN SHACKELFORD, et al.,

      Defendants.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 2, 2014.  (Doc. 3).  Mr. Bargnare has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The plaintiff has filed an "Amended Notice of Removal" (doc. 4), which I will consider as an objection to the Report and Recommendation.

      Having considered the Report and Recommendation, and the timely filed objection thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation (doc. 3) is adopted and incorporated by reference in this order.

2.  Mr. Bargnare's Notice of Removal (doc. 1) is **DENIED**, and his criminal cases, Escambia County Circuit Court Case Nos. 2014-CF-000702 and 2014-CF-000703, are **REMANDED** back to the First Judicial Circuit Court for Escambia County, Florida.

3.  The clerk is directed to terminate all pending motions and to close this file.

**DONE AND ORDERED** on this 3rd day of October, 2014.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**